1  LAWRENCE W. FREIMAN (SBN 288917)
   LAWRENCE@FREIMANLEGAL.COM
2  FREIMAN LEGAL
   100 WILSHIRE BLVD., STE. 700
3  SANTA MONICA, CA 90401
   TELEPHONE: (310) 917-1004
4  FACSIMILE: (310) 300-2603

5  KARA L. JASSY, Bar No. 198846
   kjassy@littler.com
6  LITTLER MENDELSON, P.C.
   633 West 5th Street, 63rd Floor
7  Los Angeles, California 90071
   Telephone: 213.443.4300
8  Fax No.: 213.443.4299

9  ZEESHAN KABANI, Bar No. 322638
   zkabani@littler.com
10 LITTLER MENDELSON, P.C.
   2049 Century Park East, 5th Floor
11 Los Angeles, California 90067.3107
   Telephone: 310.553.0308
12 Fax No.: 310.553.5583

13 Attorneys for Defendant
   WALMART, INC.; WAL-MART
14 ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA CABRERA, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>WALMART, INC.; WAL-MART ASSOCIATES, INC.; and DOES 1-20, inclusive,<br><br>        Defendant. | Case No. CV 22-6406-JFW(JEMx)<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Los Angeles Superior Court Complaint Filed: August 4, 2022 |

**TO THE COURT AND THE CLERK OF THE ABOVE-REFERENCED COURT:**

PLEASE TAKE NOTICE that Plaintiff ROSA CABRERA ("Plaintiff") and Defendants WALMART, INC. and WAL-MART ASSOCIATES, INC. ("Defendants") (collectively, the "Parties") hereby provide notice to the Court that the Parties have resolved the above-captioned matter.

The Parties respectfully request that the Court vacate all proceedings. The Parties have entered into a settlement agreement, and are in the process of effectuating the material terms of the settlement agreement. The Parties will file a Joint Stipulation and Proposed Order dismissing the entire action upon effectuating the material terms of the settlement.

Dated: January 10, 2023

LITTLER MENDELSON, P.C.

/s/Kara L. Jassy
KARA L. JASSY
ZEESHAN KABANI

Attorneys for Defendant
WALMART, INC.; WAL-MART ASSOCIATES, INC.

Dated: January_10, 2023

FREIMAN LEGAL

/s/ Lawrence Freiman
Lawrence Freiman,

Attorneys for Plaintiff
ROSA CABRERA

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

## SIGNATURE CERTIFICATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and that I have obtained Mr. Frieman's authorization to affix his electronic signature to this document.

Dated: January 10, 2023

                LITTLER MENDELSON, P.C.

                */s/ Kara L. Jassy*
                KARA L. JASSY
                ZEESHAN KABANI

                Attorneys for Defendant
                WALMART, INC.; WAL-MART
                ASSOCIATES, INC.

4861-0485-5112.1 / 080000-4274