LAWRENCE W. FREIMAN (SBN 288917)
LAWRENCE@FREIMANLEGAL.COM
FREIMAN LEGAL
100 WILSHIRE BLVD., STE. 700
SANTA MONICA, CA 90401
TELEPHONE: (310) 917-1004
FACSIMILE: (310) 300-2603
Attorneys for Plaintiff
ROSA CABRERA

KARA L. JASSY, Bar No. 198846
kjassy@littler.com
LITTLER MENDELSON, P.C.
633 West 5th Street, 63rd Floor
Los Angeles, California  90071
Telephone:  213.443.4300
Fax No.:    213.443.4299

ZEESHAN KABANI, Bar No. 322638
zkabani@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, California  90067.3107
Telephone:  310.553.0308
Fax No.:    310.553.5583

Attorneys for Defendants
WALMART, INC.; WAL-MART ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA CABRERA, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>WALMART, INC.; WAL-MART ASSOCIATES, INC.; and DOES 1-20, inclusive,<br><br>  Defendant. | Case No. CV 2:22-6406-JFW(JEMx)<br><br>**JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br><br>Los Angeles Superior Court Complaint Filed: August 4, 2022 |

4855-8374-3815.2 / 080000-4274

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff ROSA CABRERA and Defendants WALMART INC. and WAL-MART ASSOCIATES, INC. by and through their counsel of record, submit this Joint Stipulation for Dismissal of Entire Action with Prejudice and hereby stipulate and agree to the following:

1. Plaintiff filed her Complaint in this action on August 4, 2022;

2. Defendants WALMART, INC. and WAL-MART ASSOCIATES, INC. removed this action to the United States District Court of the Central District of California on September 7, 2022; and

3. Plaintiff now agrees to dismiss all remaining causes of action in her Complaint against all Defendants with prejudice.

4. Each party to bear its own fees and costs.

Dated: January 31, 2023

LITTLER MENDELSON, P.C.

/s/ Kara L. Jassy
Kara L. Jassy
Zeeshan Kabani

Attorneys for Defendant
WALMART, INC.

Dated: January_10, 2023

FREIMAN LEGAL

/s. Lawrence Freiman
Lawrence Freiman,

Attorneys for Plaintiff
ROSA CABRERA

4855-8374-3815.2 / 080000-4274

## **SIGNATURE CERTIFICATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and that I have obtained Mr. Frieman's authorization to affix his electronic signature to this document.

Dated: January 31, 2023

                                           LITTLER MENDELSON, P.C.

                                           *[signature]*
                                           KARA L. JASSY
                                           ZEESHAN KABANI

                                           Attorneys for Defendant
                                           WALMART, INC.; WAL-MART ASSOCIATES, INC.

4855-8374-3815.2 / 080000-4274

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300